IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CAROL LEE, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-1019-B-BK |
| | § | |
| OSM WORLDWIDE | § | |
| Defendant. | § | |
| | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: March 16, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE